```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

JUAN BRITO, JR.,                     )
                                     )
        Plaintiff                    )
                                     )        No. 3:14-0085
v.                                   )        Judge Trauger/Bryant
                                     )        Jury Demand
F/N/U DALTON, Corrections Officer,   )
et al.,                              )
                                     )
        Defendants                   )
```

**TO:   THE HONORABLE ALETA A. TRAUGER**

### REPORT AND RECOMMENDATION

It appears from the record in this case that all mailings to the *pro se* Plaintiff since April 1, 2014, have been returned by the post office as undeliverable (Docket Entry Nos. 17, 18, 25, 26, and 27). It thus appears from this record that Plaintiff Brito has failed to comply with the Court's admonition that he keep the Clerk's office informed of his current mailing address (Docket Entry No. 3 at 3).

For the foregoing reason, the undersigned Magistrate Judge finds that the complaint should be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with the court's order requiring him to inform the Clerk of a current mailing address.

### RECOMMENDATION

For the reasons stated above, the undersigned Magistrate Judge recommends that the complaint be dismissed pursuant to Rule 41(b), Federal Rules of Civil Procedures.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

**ENTERED** this 4th day of August, 2014.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge