# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUAN BRITO, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-0085 |
| ) | Judge Trauger |
| F/N/U DALTON, Corrections Officer, ) | Magistrate Judge Bryant |
| JAMIE JOHNSON, Chief, and ) | |
| D. DIXON, Case Manager, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On August 4, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 28), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to Rule 41(b), FED. R. CIV. P.

It is so **ORDERED**.

ENTER this 28th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge